IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL EYER, JESSE SALINAS, AND ANGEL YANEZ<br><br>v.<br><br>FRANCISCO ROMAN RIVERA, SR., PRIME LOGISTICS, INC., AND PANTHER II TRANSPORTATION, INC. D/B/A PANTHER EXPEDITED SERVICES, INC. | CIVIL ACTION NO. 5:17-CV-1212-OLG |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiffs, Michael Eyer, Jesse Salinas, and Angel Yanez, file Plaintiffs' Unopposed Motion for Leave to File an Amended Complaint.

## PROCEDURAL HISTORY

1. Plaintiffs are Michael Eyer, Jesse Salinas and Angel Yanez. This action arises out of a motor vehicle collision that occurred on September 7, 2017, in San Antonio, Texas, in which Plaintiffs vehicle was rear-ended.

2. Plaintiffs originally brought this action in Texas state court against Defendants Francisco Roman Rivera, Sr. ("Rivera"), Prime Logistics, Inc. (a Texas company), and Panther II Transportation, Inc., d/b/a Panther Premium Logistics, Inc. ("Panther") (originally incorrectly named as Panther II Transportation, Inc., d/b/a Panther Expedited Services, Inc.).

3. Prime Logistics, Inc., the Texas company, was nonsuited from the action without prejudice when Plaintiffs learned that the correct defendant was Prime Logistics Inc., which is a Michigan company.

4. Panther and Rivera filed answers in the state court action and subsequently removed the action to federal court.

5.  Plaintiffs now seek leave to amend their Complaint because more than 21 days have passed since Defendants served their answers. Plaintiffs seek leave to correct Panther's name in the action and to join Prime Logistics, Inc. (the Michigan company) in the matter as a defendant.

6.  The deadline for the parties to amend or to join additional parties is currently August 16, 2018. As such, this motion is timely.

7.  Plaintiffs request leave to file the Plaintiffs First Amended Complaint attached as **Exhibit A**.

8.  **CERTIFICATE OF CONFERENCE: Counsel for Plaintiffs has conferred with Counsel for Defendants who haS indicated that he is not opposed to this motion.**

## ARGUMENT AND AUTHORITY

9.  Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Forman v. Davis*, 371 U.S. 178, 182 (1962); *see Runnion v. Girl Scouts of Greater Chi. & Nw. Inc.*, 786 F3d. 510, 519-20 (7th Cir. 2015).

10. The Court should grant leave to Plaintiff for filing Plaintiffs' Amended Complaint because Defendants are unopposed and will not be surprised nor prejudiced by any delay that Plaintiffs' amended pleading may cause. *See Auster Oil & Gas Inc. v. Stream*, 764 F.2d 381, 391 (5th Cir. 1985).

## PRAYER

For the foregoing reasons, Plaintiffs respectfully request the Court grant them leave to file Plaintiffs' First Amended Complaint in the form attached as **Exhibit A**.

Respectfully submitted,

**WYATT LAW FIRM, LTD.**
21 Lynn Batts Lane, Suite 10
San Antonio, Texas 78218
Tel: 210-340-5550
Fax: 210-340-5581
E-service: e-serve@wyattlawfirm.com

By:   /s/Paula Wyatt
      Paula A. Wyatt
      Texas Bar No. 10541400
      pwyatt@wyattlawfirm.com
      Gavin McInnis
      State Bar No. 13679800
      gmcinnis@wyattlawfirm.com
      **ATTORNEYS FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

     I certify that on August 16, 2018, a true and correct copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing, on the following attorney in charge for Defendants:

Jeff Finley
jfinley@thorntonfirm.com
R. Sean Page
spage@thorntonfirm.com
THORNTON, BIECHLIN, REYNOLDS & GUERRA, L.C.
100 N.E. Loop 410, STE. 500
San Antonio, Texas 78216
**ATTORNEYS FOR DEFENDANTS**
**FRANCISCO ROMAN RIVERA, SR.**
**AND PANTHER II TRANSPORTATION, INC.**
**D/B/A PANTHER PREMIUM LOGISTICS, INC.**

_____Paula A. Wyatt_____
Paula A. Wyatt
