AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Michael Eyer | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:17-cv-1212-JKP |
| Francisco Roman Rivera, Sr. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court has under consideration the parties' Joint Motion for Dismissal with Prejudice. It GRANTS the motion and dismisses this action with prejudice. It is hereby ORDERED, ADJUDGED and DECREED that all claims and causes of action filed by Plaintiffs Michael Eyer, Angel Yanez, and Jesse Salinas against Defendants Panther II Transportation, Inc. Francisco R. Rivera; and Prime Logistics, Inc. in this lawsuit are **dismissed with prejudice.**

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Jason K. Pulliam

Date: 04/01/2020

CLERK OF COURT  JEANNETTE J. CLACK

_____
*Signature of Clerk or Deputy Clerk*